**STATE of Missouri, Respondent,**

v.

**Steven J. MORLAND, Appellant.**

**No. WD 60767.**

Missouri Court of Appeals,
Western District.

April 29, 2003.

Irene Karns, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before: HOWARD, P.J., and LOWENSTEIN and HARDWICK, JJ.

what extent—if at all—the settlement pay-

**Order**

PER CURIAM.

Steven J. Morland appeals his conviction, after a jury trial in Cole County, of stealing. In his sole point on appeal, Mr. Morland alleges the trial court erred in entering a judgment of guilty on the jury's verdict and in sentencing him because the State did not present sufficient evidence at trial to support a conviction for stealing based on accomplice liability.

Affirmed. Rule 30.25(b).